UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA

v.                                                     No. 3:22-CR-14
                                                          Varlan/McCook

DAVID HENDERSON

---

**MOTION TO DISMISS THE INDICTMENT
FOR FAILURE TO STATE AN OFFENSE**

---

      Comes the Defendant, David Henderson, through counsel, pursuant to Rules 7(c) and 12(b)(3) of the Federal Rules of Criminal Procedure, and the Fifth and Sixth Amendments to the United States Constitution, and respectfully moves the Court to dismiss the Indictment filed on February 16, 2022, on the grounds that the Indictment, insofar as it alleges a violation of 18 U.S.C. §§ 666(a)(1)(A) and 371, fails to state an offense.

      Respectfully submitted on April 29, 2022.

                                                           s/ Robert R. Kurtz
                                                            Robert R. Kurtz
                                                            BPR No. 20832
                                                            422 S. Gay St., Ste. 301
                                                            Knoxville, TN 37902
                                                            865-522-9942
                                                            rrkurtz@gmail.com