

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE

Case No:  3:22-CR-14                           Date:    October 16, 2025

United States of America          vs.          David Henderson

**PROCEEDINGS:  Change of Plea.**  The defendant was sworn and advised of their constitutional rights and of the penalties of the offense charged.

---

HONORABLE THOMAS A. VARLAN, UNITED STATES DISTRICT JUDGE

---

Julie Norwood                    Kara Nagorny                    Amanda Latham
**Deputy Clerk**                 **Court Reporter**              **Probation Officer**

Frank Dale & William Roach                                       Robert Kurtz
**Asst. U.S. Attorney**                                          **Attorney for Defendant**

- Defendant waives reading of Indictment
- Defendant Pleads guilty to count(s)  1
- Referred for Presentence Investigative Report.

DATE SET:    **Sentencing:**  February 2, 2026 @  2:00 p.m.
                     **Before** the Honorable Thomas A. Varlan, United States District Judge

- The defendant to remain on conditions of release.

1:00 p.m. to 1:40 p.m.